UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROSE RODRIGUEZ-RABIN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　Case No.  5:24-cv-58-TKW-MJF

**UNITED STATES OF AMERICA,**

    **Defendant.**

                                              /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 27).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case must be dismissed for lack of subject-matter jurisdiction.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendant's motion to dismiss (Doc. 25) is **GRANTED**, and this case is **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

    3.    The Clerk shall enter judgment consistent with this Order and close the case file.

**DONE AND ORDERED** this 19th day of September, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**